TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS WILLIAM DORSHER, <br> AKA "SCAMMERBLASTER" <br><br> Defendant. | Case No. 2:22-cr-463 <br><br> MOTION FOR PROTECTIVE ORDER REGARDING COPIES OF SCAMMERBLASTER DATA FROM SEIZED ITEMS <br><br> Judge Jill N. Parrish |

The United States seeks this protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure concerning certain data to be provided to the Defendant. Specifically, the Defendant has requested copies of data on certain servers and computers seized from his home.

These are items alleged to be instrumentalities of the alleged offenses. The United States anticipates seeking their forfeiture following any conviction in this case. Nevertheless, the United States wishes to provide Defendant access to this data to facilitate the preparation of his defense, but in a manner that protects the public from the use of the data for additional offenses. Counsel for the Defendant Thomas Dorsher has indicated he has no objection to the attached proposed protective order with these terms:

1. The United States is producing to the defense copies of data from certain servers and computers seized from the Defendant Thomas Dorsher's home pursuant to search warrant (referred to below as the "ScammerBlaster Data."

2. The ScammerBlaster Data may be reviewed by any consulting or testifying expert for the defense, defense counsel and his staff, and by the Defendant Thomas Dorsher under the supervision of defense counsel, his staff, and experts retained by his staff.

3. Defendant Thomas Dorsher himself may not have access to the ScammerBlaster Data except as outlined in paragraph 2 above. Copies of the ScammerBlaster Data may not be retained by Defendant Thomas Dorsher himself nor provided to third parties. It may be shared with only those people identified in paragraph 2 above.

4. To the extent the defense desires to copy or distribute any particular file from the ScammerBlaster Data to persons or in a manner other than as described above, it may do so after obtaining written consent of the government, without further application to the Court.

5. The ScammerBlaster Data shall be destroyed or returned to the government within a reasonable period following entry of a judgment of conviction.

DATED this 2nd day of July, 2024.

TRINA A. HIGGINS  
United States Attorney

*s/Carl D. LeSueur*  
CARL D. LESUEUR  
Assistant United States Attorney